**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

Winthrop Resources,
a Minnesota Corporation,

Plaintiff,

vs

Diamond Home Services, Inc.,
a Delaware corporation,

Defendant.

**CIVIL NO. 00-622 (PAM/RLE)**

**STIPULATION FOR AGREED ORDER FOR EXTENSION OF TIME FOR ANSWER**

Plaintiff, Winthrop Resources, and Defendant, Diamond Home Service, Inc., by and through their respective counsel, hereby stipulate and agree as follows:

1. RECITALS

1.1 Defendant's principal place of business is in Woodstock, Illinois. Service of the Summons and Plaintiff's Complaint was effected on March 30, 2000, by delivery of a copy thereof on Defendant's agent for service of process, CT Corporation, in Chicago, Illinois.

1.2 Pursuant to Rule 12(1)(A) Defendant's Answer to Plaintiff's Complaint is due within 20 days of the service of the summons and complaint, which in this matter is April 19, 2000.

1.3 Defendant retained Minnesota counsel (Stephenson & Sanford, P.L.C.) to represent its interests and respond to Plaintiff's Complaint on April 17, 2000, and its Minnesota counsel did not obtain a full copy of the Complaint and over 100 pages of attached exhibits until the afternoon of April 18, 2000.

FILED 4/20/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1.4 Defendant's Minnesota counsel has not had adequate time to review Plaintiff's Complaint and the attached Exhibits, consult with Defendant about the veracity and accuracy of the allegations therein and prepare an Answer and other responses thereto by April 19, 2000.

1.5 An extension of the time for the filing of Defendant's Answer herein is beneficial because it would lessen the probability and need for the filing of amended pleadings and thus promote judicial efficiency and the interests of justice.

2. STIPULATION

Plaintiff and Defendant hereby stipulate and agree that Defendant shall have until April 26, 2000 to file and serve its answer to Plaintiff's Complaint.

RESPECTFULLY SUBMITTED this 19th day of April, 2000

STEPHENSON & SANFORD, P.L.C.

By: ______________________________

Valdis A. Silins, # 12221X
Suite 1440
501 Marquette
Minneapolis, MN 55402
(612) 375-1440
Attorneys for Defendant

WINTHROP & WEINSTINE, P.A.

By: ______________________________

Therese M. Marso, # 22408X
3200 World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
(651) 290-8400
Attorneys for Plaintiff

1.4 Defendant's Minnesota counsel has not had adequate time to review Plaintiff's Complaint and the attached Exhibits, consult with Defendant about the veracity and accuracy of the allegations therein and prepare an Answer and other responses thereto by April 19, 2000.

1.5 An extension of the time for the filing of Defendant's Answer herein is beneficial because it would lessen the probability and need for the filing of amended pleadings and thus promote judicial efficiency and the interests of justice.

2. STIPULATION

Plaintiff and Defendant hereby stipulate and agree that Defendant shall have until April 26, 2000 to file and serve its answer to Plaintiff's Complaint.

RESPECTFULLY SUBMITTED this 19th day of April, 2000

STEPHENSON & SANFORD, P.L.C.

By: ____________________
Valdis A. Silins, # 12221X
Suite 1440
501 Marquette
Minneapolis, MN 55402
(612) 375-1440
Attorneys for Defendant

WINTHROP & WEINSTINE, P.A.

By: ____________________
Therese M. Marso, # 22408X
3200 World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
(651) 290-8400
Attorneys for Plaintiff

**ORDER**

THIS MATTER having come before the Court upon the parties' foregoing STIPULATION FOR AGREED ORDER FOR EXTENSION OF TIME FOR ANSWER, and the Court having reviewed the same and being advised in the premises;

IT IS HEREBY ORDERED AND DECREED that the Defendant, Diamond Home Service, Inc., shall have until April 26, 2000 to file and serve its Answer in the above-entitled matter.

Dated: April 20, 2000

Raymond L. Erickson
United States Magistrate Judge