UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Winthrop Resources,
a Minnesota corporation,

Civ. File No. 00-622 (PAM/RLE)

Plaintiff,

v.

**ORDER**

Diamond Home Services, Inc.,
a Delaware corporation,

Defendant.

---

This matter comes before the Court on Defendant Diamond Home Services, Inc.'s Motion for Continuance Under Rule 56(f) of a hearing scheduled for Friday August 4, 2000 at 11:00 A.M. for Plaintiff Winthrop Resources; Motion for Summary Judgment. Accordingly, **IT IS HEREBY ORDERED** that, based upon all of the files, records, and proceedings herein:

1. Defendant's Motion for Continuance Under Rule 56(f) is **GRANTED**; and

2. The August 4, 2000 hearing is rescheduled to be heard on November 3, 2000 at 9:00 A.M..

Dated: July 28, 2000

Paul A. Magnuson
United States District Court Judge



FILED JUL 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_________
DEPUTY CLERK_________