UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Winthrop Resources Corporation,
a Minnesota corporation

Plaintiff,

v.

Diamond Home Services, Inc.,
a Delaware corporation,

Defendant.

Civ. File No. 00-622 (PAM/RLE)

**MEMORANDUM AND ORDER**

---

This matter is before the Court on a Motion for Summary Judgment by Plaintiff Winthrop Resources Corporation ("Winthrop"). Winthrop provided financing to Defendant Diamond Home Services ("Diamond") for the purchase of computer equipment and software. Diamond defaulted on its lease agreement with Winthrop, and Winthrop now seeks to recover under the default provisions of the agreement.

Diamond does not contest that liability. Therefore, the Court will grant summary judgment to Winthrop on the issue of liability. The parties disagree as to the amount of damages due Winthrop. As stated at the hearing on this matter, the Court will reserve this factual issue for later resolution.

FILED NOV 0 3 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

For the foregoing reasons, and upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

Plaintiff's Motion for Summary Judgment (Clerk Doc. No. 12) is **GRANTED** as to the issue of liability and **DENIED** as to the issue of damages.

Dated: November 3, 2000

Paul A. Magnuson
United States District Court Judge