UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Winthrop Resources Corporation,
a Minnesota corporation

Civ. File No. 00-622 (PAM/RLE)

Plaintiff,

v.

**ORDER**

Diamond Home Services, Inc.,
a Delaware corporation,

Defendant.

---

This matter is before the Court on Plaintiff Winthrop Resources Corporation's Motion for Attorney's Fees and Costs. Defendant Diamond Home Services, Inc. has represented that it will not file an opposition to Plaintiff's Motion. Accordingly, upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

1. Plaintiff's Motion for Fees and Costs (Clerk Doc. No. 48) is **GRANTED**;

2. Plaintiff is entitled to recover from Defendant attorney's fees and costs in the amount of $47,643.80; and

3. Plaintiff's request for leave to file additional requests for fees and costs incurred in collecting the judgment in this matter is **GRANTED**.

Dated: 5/18, 2001

Richard H. Kyle
United States District Court Judge

FILED MAY 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________